CAROLINA MALGIERI, as Administratrix of the Estate of ANGELO MALGIERI, Deceased, Appellant, v. RALPH TORTORA, Respondent. RALPH TORTORA, Respondent, v. MALVE REALTY AND CONSTRUCTION CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

BENJAMIN A. COHEN, Doing Business under the Name of BRUNSWICK MILLS, Respondent, v. ECHAVARRIA, CABO & CIA, LTDA., Appellant.— Appeal unanimously dismissed. Order so far as appealed from unanimously affirmed, with leave to the defendant, if so advised, to amend answer to plead fraud in inducement of agreement alleged in complaint. Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, et al., Respondents, v. LOCKHEED AIRCRAFT CORPORATION et al., Defendants, and CURTISS-WRIGHT CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [204 Misc. 693.] [See post, p. 861.]

In the Matter of SEMPLE SCHOOL FOR GIRLS, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [351 Riverside Drive, Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondents. Aside from the finding of Special Term with respect. to the value of the property, the petitioner has not made a showing to satisfy the requirements of the statute. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See post. p. 861.]

HENRIETTE BLATT et al., Respondents, v. GARRISON AVENUE REALTY Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

STEPHEN JANIGA, Respondent, v. EMPIRE CITY SUBWAY COMPANY, LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel and Bastow, JJ.; Callahan, J., dissents and votes to reverse upon the ground that no actionable negligence was shown.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY K. VAN DEN HAMER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.